UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2022
```

-------------------------------------------------------------------X
                :

LIVE LIFE SMART, INC. et al,        :

                :

           Plaintiffs,        :

                :        22-cv-29 (LJL)

    -v-              :

                :        <u>ORDER</u>

FRANK NAHOUM et al,        :

                :

           Defendants.      :

                :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Live Life Smart, Inc. is the debtor in the Chapter 11 case 20-22825 and is the plaintiff in the adversary proceeding 20-7017; both cases are pending before the Honorable Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York.

      Pursuant to the Amended Standing Order of Reference of Chief Judge Loretta A. Preska, 12misc32 (docketed Feb. 1, 2012), the above-captioned matter is referred to the United States Bankruptcy Court for the Southern District of New York.

      The Clerk of this Court is directed to refer the above-captioned case to the United States Bankruptcy Court for the Southern District of New York and administratively close the case in this Court.


      SO ORDERED.


Dated: January 4, 2022
      New York, New York                 _____
                               LEWIS J. LIMAN
                        United States District Judge